**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:12−bk−10514−ABB
Chapter 13

Rachel Ann Draper
aka  Rachel A Draper
aka  Rachel Draper
fka  Rachel Ann Kelley

_____Debtor(s)_____/

## NOTICE OF CLAIM FILED BY DEBTOR

TO:

Capital One/Suzuki
Attn: Bankruptcy Dept
3901 North Dallas Parkway
Plano, TX 75093

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on March 14, 2013, in the amount of $6,082.00.

   Dated March 18, 2013.

                        Lee Ann Bennett, Clerk of Court
                        George C. Young Federal Courthouse
                        400 West Washington Street
                        Suite 5100
                        Orlando, FL 32801

   Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Capital One/Suzuki
Attn: Bankruptcy Dept
3901 North Dallas Parkway
Plano, TX 75093